UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

April 6, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
                    DEPUTY

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:   AU:21-M -00261(1) |
| (1) Andrew Jackson Morgan Jr. | § | |

*Charging District:  District of Columbia*
*Charging District's Case No.: 1:21-MJ-352*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and **ORDERED TO APPEAR** in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | E. Barrett Prettyman United States Courthouse<br>333 Constitution Ave. NW<br>Washington, DC 20001 | Courtroom No. 6<br>Date and Time: Friday, April 9 at 1pm ET before Judge Harvey by Zoom:<br>https://uscourts-dcd.zoomgov.com/j/1600140355?pwd=VTlkQ0ZEVmJOTVN3bmUwS05nZndZQT09<br><br>Meeting ID: 160 014 0355<br>Passcode: 634244 |
|---|---|---|

The U.S. District Clerk is **ORDERED** to transfer any bail deposited in the registry of this court to the court where the charges are pending.

Date:  April 6, 2021

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE